UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-01207-SSS-kkx | Date | November 28, 2023 |
|---|---|---|---|
| Title | *Builder Vision, LLC v. Val Chris Investments, Inc., et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY MOTION TO WITHDRAW BY COUNSEL FOR PLAINTIFF SHOULD NOT BE DENIED FOR COUNSEL'S FAILURE TO COMPLY WITH THIS COURT'S ORDER [DKT. 35]**

On November 13, 2023, this Court issued an Order granting the unopposed motion to withdraw by counsel for Plaintiff Builder Vision, LLC ("Builder Vision"). [Dkt. 35]. Pursuant to the Order, counsel for Builder Vision was ordered to serve a copy of the Order on Builder Vision no later than November 17, 2023, and <u>only</u> upon the filing of the proof of service would counsel be relieved from this case. As of today's date, counsel for Plaintiff has failed to comply with this Court's Order.

Accordingly, the Court hereby **SETS** an Order to Show Cause hearing as to why counsel's motion should not be denied for counsel's failure to comply with this Court's Order on **Friday, December 15, 2023, at 1:00 p.m., via Zoom video conference.**

Counsel is required to respond in writing on or before **December 8, 2023**, by 12:00 noon. Counsel's failure to respond or file a satisfactory response may result

in the Court's denial of the motion to withdraw.  If the Court is satisfied with counsel's response, or if counsel files an appropriate Proof of Service, the Court may vacate the Order to Show Cause Hearing.

**IT IS SO ORDERED.**